LOUIS D. SMITH, Appellant, *v.* WILLIAM F. DUGAN et al.,
Appellants, and GEORGE D. SMITH et al., Respondents.

*Smith* v. *Dugan,* 145 App. Div. 877, affirmed.
(Argued March 28, 1912; decided April 12, 1912.)

APPEAL from a judgment entered July 27, 1911, upon
an order of the Appellate Division of the Supreme Court
in the first judicial department, which reversed a judg-
ment entered upon a decision of the court on trial at Spe-
cial Term and directed entry of judgment in accordance
with the opinion of the court in an action for the con-
struction of the wills of Hugh Smith and Andrew J.
Smith, deceased.

*Alexander L. Strouse* for plaintiff, appellant.

*Lucius H. Beers* for defendants, appellants.

*Richard O'Gorman* for Mary J. Smith et al., respondents.

*Frederick Geller* and *James F. Horan* for Farmers' Loan and Trust Company, as executor of Andrew J. Smith, deceased, respondent.

Judgment affirmed, with costs to all parties who appeared in this court by attorney and filed briefs, payable out of the estate; no opinion.

Concur: GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ. Not sitting: CULLEN, Ch. J.